**iu13**
An Education Service Agency

| | |
|---|---|
| **Employee Name** | JEREMY PAUL WAGNER |
| **Check Date** | 06/15/20 |
| **Check Number** | 00711737 |
| **Period Ending** | 06/15/20 |
| **Employee ID** | 00011243 |
| **Period Begin** | 06/01/20 |

## Wages

| Description | Hours | Rate | Current Earnings | YTD Amount |
|---|---|---|---|---|
| SALARY | | | 1,847.73 | |
| **TOTAL** | | | **1,847.73** | **18,369.56** |

## Taxes

## Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| FIT | 63.66 | 700.27 |
| FICA | 112.13 | 1,233.43 |
| MEDICARE | 26.22 | 288.43 |
| UIC | 1.11 | 12.21 |
| SWT | 55.52 | 610.73 |
| LST LANC | 2.17 | 23.87 |
| LOCAL | 18.09 | 198.98 |
| PSERS DB | 138.58 | 1,524.38 |
| SUPP EMP | 4.50 | 49.50 |
| SUPP SP | 1.14 | 12.54 |
| SUPP CHD | 0.34 | 3.74 |
| POS | 36.66 | 403.26 |
| DENTAL | 2.53 | 27.83 |
| EFT NET | 1,222.58 | 13,775.79 |
| EFT #1 | 162.50 | 1,787.50 |

## Wages Summary

| Description | Amount | YTD Amount |
|---|---|---|
| Gross Wages | 1,847.73 | 18,369.56 |

## Message(s)

TIMESHEET PAY PERIOD
5/16/20-5/31/20



| | | | | |
|---|---|---|---|---|
| **Employee Name** | JEREMY PAUL WAGNER | **Employee ID** | 00011243 |
| **Check Date** | 11/30/20 | | |
| **Check Number** | 00725847 | **Period Begin** | 11/16/20 |
| **Period Ending** | 11/30/20 | | |

## Wages

| Description | Hours | Rate | Current Earnings | YTD Amount |
|---|---|---|---|---|
| SALARY | | | 1,914.47 | |
| **TOTAL** | | | **1,914.47** | **37,001.70** |

## Taxes

## Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| FIT | 63.92 | 1,426.81 |
| FICA | 112.60 | 2,486.24 |
| MEDICARE | 26.33 | 581.39 |
| UIC | 1.15 | 24.82 |
| SWT | 55.76 | 1,231.09 |
| LST LANC | 2.17 | 47.74 |
| LOCAL | 18.16 | 401.03 |
| PSERS DB | 143.59 | 3,098.86 |
| SUPP EMP | 4.50 | 99.00 |
| SUPP SP | 1.14 | 25.08 |
| SUPP CHD | 0.34 | 7.48 |
| POS | 89.40 | 1,122.96 |
| DENTAL | 4.56 | 67.84 |
| VISION | 4.35 | 26.10 |
| PSTX MED | | 47.66 |
| PSTX DEN | | 1.09 |
| PSTX VIS | | 4.35 |
| EFT NET | 1,386.50 | 28,020.35 |
| EFT #1 | | 2,925.00 |

## Wages Summary

| Description | Amount | YTD Amount |
|---|---|---|
| Gross Wages | 1,914.47 | 37,001.70 |

**Message(s)**
TIMESHEET PAY PERIOD
11/1/2020-11/15/2020