| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| 8AS | 101911 | 998606 | 006 | 0000230658 | 1 |

770-0001

# Earnings Statement

ADP®

UTZ QUALITY FOODS LLC
900 HIGH ST
HANOVER, PA 17331

Period Beginning: 05/25/2020
Period Ending: 05/31/2020
Pay Date: 06/04/2020

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 6
    PA: N/A

**WHITNEY LIANNE WAGNER**
**613 S BLACKSMITH AVE**
**WINDSOR PA 17366**

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 1059.86 | 40.00 | 1,059.86 | 24,048.40 |
| Holiday | | 8.00 | | |
| Vacation | | 8.00 | | |
| Bonus | | | | 300.00 |
| Misc Pay Retro | | | | 46.64 |
| **Gross Pay** | | | **$1,059.86** | 24,395.04 |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $921.55

**Important Notes**
COMPANY PHONE IS : (717) 637-6644

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -19.66 | 427.50 |
| | Social Security Tax | -57.80 | 1,330.38 |
| | Medicare Tax | -13.52 | 311.14 |
| | PA State Income Tax | -28.62 | 658.80 |
| | Hanover Boro Income Tax | -9.32 | 214.57 |
| | Hanover Boro Local Svc Tax | -1.00 | 25.00 |
| | PA SUI/SDI Tax | -0.64 | 14.64 |
| | **Other** | | |
| | Pre Tax Dental | -5.71* | 131.33 |
| | Pre Tax Med | -113.05* | 2,600.15 |
| | Pretax Ltd | -1.19* | 27.37 |
| | Pretax Vision | -2.76* | 63.48 |
| | Wellness | -5.00* | 115.00 |
| | 401K | -10.60* | 225.15 |
| | **Net Pay** | **$790.99** | |
| | Check1 | -767.26 | |
| | Save1 | -23.73 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, LLC

UTZ QUALITY FOODS LLC
900 HIGH ST
HANOVER, PA 17331

Advice number: **00000230658**
Pay date: 06/04/2020



Deposited to the account of
**WHITNEY LIANNE WAGNER**

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | xxxxxx1681 | xxxx xxxx | $767.26 |
| | xxxxxxxxxxxxx6945 | xxxx xxxx | $23.73 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| 8AS | 101911 | 998606 | 006 | 0000350663 | 1 |

761-0001

# Earnings Statement



UTZ QUALITY FOODS LLC
900 HIGH ST
HANOVER, PA 17331

Period Beginning: 08/17/2020
Period Ending: 08/23/2020
Pay Date: 08/27/2020

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 6
   PA: N/A

**WHITNEY LIANNE WAGNER**
**613 S BLACKSMITH AVE**
**WINDSOR PA 17366**

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 1059.86 | 40.00 | 1,059.86 | 36,766.72 |
| Bonus | | | | 300.00 |
| Misc Pay Retro | | | | 46.64 |
| Picnic | | | | 50.00 |
| **Gross Pay** | | | **$1,059.86** | 37,163.36 |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are **$921.55**

**Important Notes**
COMPANY PHONE IS : (717) 637-6644

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|------------|-----------|--------------|-------------|
| | Federal Income Tax | -19.66 | 668.37 |
| | Social Security Tax | -57.80 | 2,027.00 |
| | Medicare Tax | -13.52 | 474.06 |
| | PA State Income Tax | -28.62 | 1,003.77 |
| | Hanover Boro Income Tax | -9.32 | 326.91 |
| | Hanover Boro Local Svc Tax | -1.00 | 37.00 |
| | PA SUI/SDI Tax | -0.64 | 22.30 |
| | **Other** | | |
| | Pre Tax Dental | -5.71* | 199.85 |
| | Pre Tax Med | -113.05* | 3,956.75 |
| | Pretax Ltd | -1.19* | 41.65 |
| | Pretax Vision | -2.76* | 96.60 |
| | Wellness | -5.00* | 175.00 |
| | 401K | -10.60* | 352.85 |
| | **Net Pay** | **$790.99** | |
| | Check1 | -767.26 | |
| | Save1 | -23.73 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, LLC

UTZ QUALITY FOODS LLC
900 HIGH ST
HANOVER, PA 17331

Advice number: **00000350663**
Pay date: 08/27/2020

THIS IS NOT A CHECK

Deposited to the account of
**WHITNEY LIANNE WAGNER**

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | xxxxxx1681 | xxxx xxxx | $767.26 |
| | xxxxxxxxxxxxx6945 | xxxx xxxx | $23.73 |

## NON-NEGOTIABLE


**Select Pay Date**

9/2/2020 ▼

🖨 Print

---

*Preview - Not a Check*

**Period Ending:** 8/30/2020
**Check Date:** 9/2/2020

**Net Pay:** $916.84

Ready Training Online
1595 S Mt. Joy St SUITE 100
Elizabethtown, PA 17022
--
800-786-9545

Whitney L Wagner
613 S Blacksmith Ave
Windsor, PA 17366
--

| Earnings | Rate | Hours | Amount |
|---|---|---|---|
| Salary-Marketing | -- | 40.00 | 961.54 |
| Other Pay | -- | -- | 80.00 |

**Gross Pay:** $1041.54          **Year-to-Date Pay:** $1041.54

| Taxes | Amount | Year-to-Date Amount |
|---|---|---|
| FIT | 0.00 | 0.00 |
| FICAS | 64.58 | 64.58 |
| FICAM | 15.10 | 15.10 |
| PA-SIT | 31.98 | 31.98 |
| PA-SDI | 0.62 | 0.62 |
| Elizabethtown Boro | 10.42 | 10.42 |
| Elizabethtown Lst | 2.00 | 2.00 |
| **Totals:** | 124.70 | 124.70 |

**Net Pay:** $916.84

| Net-Pay Distributions | Amount |
|---|---|
| D.D. Prenote to: ******1681 | 0.00 |
| Check #80093 | 916.84 |


*Preview - Not a Check*

**Period Ending:** 11/22/2020
**Check Date:** 11/25/2020

**Net Pay:** $1835.69

Ready Training Online
1595 S Mt. Joy St SUITE 100
Elizabethtown, PA 17022
--
800-786-9545

Whitney L Wagner
613 S Blacksmith Ave
Windsor, PA 17366
--

| Earnings | Rate | Hours | Amount |
|---|---|---|---|
| Salary-Marketing | -- | 80.00 | 1923.08 |
| Other Pay | -- | -- | 160.00 |

**Gross Pay:** $2083.08          **Year-to-Date Pay:** $13540.02

| Taxes | Amount | Year-to-Date Amount |
|---|---|---|
| FIT | 0.00 | 0.00 |
| FICAS | 129.15 | 839.48 |
| FICAM | 30.21 | 196.33 |
| PA-SIT | 63.95 | 415.68 |
| PA-SDI | 1.25 | 8.12 |
| Elizabethtown Boro | 20.83 | 135.40 |
| Elizabethtown Lst | 2.00 | 14.00 |
| **Totals:** | $247.39 | $1609.01 |

**Net Pay:** $1835.69

| Net-Pay Distributions | Amount |
|---|---|
| D.D. to: ******1681 | 1835.69 |