United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-03573-HWV |
| Jeremy P Wagner | Chapter 13 |
| Whitney L. Wagner | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 12, 2021 | Form ID: ntcnfhrg | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremy P Wagner, Whitney L. Wagner, 613 S. Blacksmith Ave., Windsor, PA 17366-8403 |
| 5388846 | + | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5388282 | | HOLIDAY INN CLUB VACATIONS, PO BOX 79209, BALTIMORE MD 21279-0209 |
| 5388283 | | HOLIDAY INN VACATION CLUBS, PO BOX 79209, BALTIMORE MD 21279-0209 |
| 5384389 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5388284 | + | KOHL'S, P.O. BOX 1456, CHARLOTTE NC 28201-1456 |
| 5388285 | + | ONE MAIN FINANCIAL, PO BOX 740594, CINCINNATI OH 45274-0594 |
| 5388286 | + | ORANGE LAKE/WILSON RESORT FIN., 8505 W. IRLO BRONSON MEM. HWY, KISSIMMEE FL 34747-8217 |
| 5388289 | + | SAMSUNG FINANCING, PO BOX 100114, COLUMBIA SC 29202-3114 |
| 5388290 | + | SANTANDER BANK, 1010 MOCKINGBIRD LANE, STE. 10, DALLAS TX 75247-5126 |
| 5384528 | + | Santander Bank, N.A., 450 Penn Street, Mail Code 10-421-MC3, Reading, PA 19602-1011 |
| 5381049 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5388293 | + | UNION HOME MORTGAGE, PO BOX 11733, NEWARK NJ 07101-4733 |
| 5390099 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 5388294 | + | US DEPT OF ED / GREAT LAKES, 2401 INTERNATIONAL LANE, MADISON WI 53704-3121 |
| 5388296 | + | WELLSPAN, PO BOX 645734, CINCINNATI OH 45264-5734 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2021 19:50:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5388279 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 12 2021 19:46:33 | CAPITAL ONE, P. O. BOX 71083, CHARLOTTE NC 28272-1083 |
| 5388280 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 12 2021 19:46:33 | CAPITAL ONE / WALMART, PO BOX 71083, CHARLOTTE NC 28272-1083 |
| 5386092 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 12 2021 19:50:12 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5388281 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 12 2021 19:46:29 | CHASE, PO BOX 1423, CHARLOTTE NC 28201-1423 |
| 5391785 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2021 19:46:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5381299 | + | Email/PDF: cbp@onemainfinancial.com | Mar 12 2021 19:49:55 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 5392698 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2021 19:46:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5385789 | | Email/Text: bankruptcynotices@psecu.com | Mar 12 2021 19:31:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |

| 5388288 | + | Email/Text: ebn_bkrt_forms@salliemae.com | | |
|---|---|---|---|---|
| | | | Mar 12 2021 19:31:00 | SALLIE MAE, P. O. BOX 8459, PHILADELPHIA PA 19101-8459 |
| 5388291 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 12 2021 19:46:19 | SYNCHRONY BANK / AMAZON, PO BOX 960013, ORLANDO FL 32896-0013 |
| 5388292 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 12 2021 19:46:19 | SYNCHRONY BANK / CARE CREDIT, PO BOX 960061, ORLANDO FL 32896-0061 |
| 5380726 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 12 2021 19:53:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5388278 | | 20-03573 |
| 5388287 | * | PSECU, P. O. BOX 67013, HARRISBURG PA 17106-7013 |
| 5388295 | *+ | US DEPT. OF ED / GREAT LAKES, 2401 INTERNATIONAL LANE, MADISON WI 53704-3121 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Union Home Mortgage Corp. bkgroup@kmllawgroup.com |
| Sara A. Austin | on behalf of Debtor 1 Jeremy P Wagner saa2@austinlawllc.com |
| Sara A. Austin | on behalf of Debtor 2 Whitney L. Wagner saa2@austinlawllc.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | | |
|---|---|---|
| Jeremy P Wagner,<br>pdba 29.11 Computers & Networking, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20−bk−03573−HWV |
| Whitney L. Wagner,<br>pdba Pink Ink Creative Marketing, | | |
| **Debtor 2** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 7, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: April 14, 2021<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 12, 2021 |

ntcnfhrg (03/18)