UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JEREMY P. WAGNER and WHITNEY L. WAGNER<br>    Debtor(s) | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| JEREMY P. WAGNER and WHITNEY L. WAGNER<br>    Respondent(s) | : | CASE NO. 1-20-bk-03573 |

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 25th day of October, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. § 1325(a)(3) in that it has not been proposed in good faith. Base plan should be no less than $12,877.80.

2. Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

    a. Last paystub dated October, 2021 (for both debtors).

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/James J. Jones
Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 25th day of October, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Sara Austin, Esquire
226 E. Market Street, Suite 2
York, PA   17403

                                              /s/Deborah A. Behney
                                              Office of Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee