UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jeremy P Wagner and Whitney L Wagner<br>    Debtor | Case No.: 20-03573<br>Adversary No.: <br>Chapter: 13<br>Judge: Henry W Van Eck |

**CHANGE OF ADDRESS**

**Creditor Name:** Santander Bank, N.A.

Old Payment Address:

PO Box 16255
MC: 10-421-CP2
Reading, PA 19612

New Payment Address:

PO Box 847051
Boston, MA 02284-7051

Date: 11/14/2021

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                                                                Chapter #13
Jeremy P Wagner and Whitney L Wagner            Case No. 20-03573
                                                                                Honorable Henry W Van Eck

Debtors

_____/

## CERTIFICATE OF SERVICE

        I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on November 14, 2021, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.
        Signed under the penalties of perjury, this 14th day of November 2021.

                                                                    *Melissa A. Epler*
                                                                    Melissa A. Epler
                                                                    Santander Bank, N.A.
                                                                    Bankruptcy Administrator
                                                                    450 Penn Street
                                                                    Reading, PA 19602
                                                                    (484) 512-3552
                                                                    Email: DeftBkr@santander.us

VIA US MAIL
Jeremy and Whitney Wagner
613 S Blacksmith Ave
Windsor, PA 17366

VIA ECF
Jack N Zaharopoulos
8125 Adams Dr Ste A
Hummelstown, PA 17036

Sara A Austin
Saa2@austinlawllc.com