# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | Case No. 1:20-bk-03573 |
|---|---|
| Jeremy P. Wagner | Chapter 13 |
| Whitney L. Wagner | |
| Debtor(s) | |

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 1/3/2022, I did cause a copy of the following document(s), described below:

Notice

Motion to Modify Confirmed Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/3/2022

/s/ Sara A. Austin
Sara A. Austin
Bar No. 59052
Austin Law Firm LLC
226 E. Market St.
York PA 17403-0000
717-846-2246
saustin@austinlawllc.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re:

    Jeremy P. Wagner

    Whitney L. Wagner

    Debtor(s)

Case No. 1:20-bk-03573

Chapter 13

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 1/3/2022, I did cause a copy of the following document(s), described below:

Notice

Motion to Modify Confirmed Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/3/2022

*/s/ Melissa Membrino*

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

I certify that on 1/3/2022, I caused a copy of the Notice and Motion to Modify Confirmed Plan to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

| | | | | |
|---|---|---|---|---|
| PRA Receivables Management, LLC | | | PO Box 41021 | | Norfolk VA 23541-1021 |
| Pennsylvania Department of Revenue | | | Bankruptcy Division | P.O. Box 280946 | Harrisburg PA 17128-0946 |
| Santander Bank, N.A. | | | 450 Penn Street | PA-450-FB1 | Reading PA 19602-1011 |
| CAPITAL ONE | | | P. O. BOX 71083 | | CHARLOTTE NC 28272-1083 |
| CAPITAL ONE / WALMART | | | PO BOX 71083 | | CHARLOTTE NC 28272-1083 |
| JPMORGAN CHASE BANK N A | | | BANKRUPTCY MAIL INTAKE TEAM | 700 KANSAS LANE FLOOR 01 | MONROE LA 71203-4774 |
| Capital One Bank (USA), N.A. | | | by American InfoSource as agent | PO Box 71083 | Charlotte NC 28272-1083 |
| Cenlar FSB Attn BK Dept | | | 425 Phillips Blvd | | Ewing NJ 08618-1430 |
| HOLIDAY INN CLUB VACATIONS | | | PO BOX 79209 | | BALTIMORE MD 21279-0209 |
| HOLIDAY INN VACATION CLUBS | | | PO BOX 79209 | | BALTIMORE MD 21279-0209 |
| JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | | c/o National Bankruptcy Services, LLC | P.O. Box 9013 | Addison TX 75001-9013 |
| KOHL'S | | | P.O. BOX 1456 | | CHARLOTTE NC 28201-1456 |
| LVNV Funding, LLC | | | Resurgent Capital Services | PO Box 10587 | Greenville SC 29603-0587 |
| ONE MAIN FINANCIAL | | | PO BOX 740594 | | CINCINNATI OH 45274-0594 |
| ONEMAIN | | | P.O. Box 3251 | | Evansville In 47731-3251 |
| ORANGE LAKE/WILSON RESORT FIN. | | | 8505 W. IRLO BRONSON MEM. HWY | | KISSIMMEE FL 34747-8217 |
| PSECU | | | P. O. BOX 67013 | | HARRISBURG PA 17106-7013 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | | | PO BOX 41067 | | NORFOLK VA 23541-1067 |
| SALLIE MAE | | | P. O. BOX 8459 | | PHILADELPHIA PA 19101-8459 |
| SAMSUNG FINANCING | | | PO BOX 100114 | | COLUMBIA SC 29202-3114 |
| SANTANDER BANK | | | 1010 MOCKINGBIRD LANE, STE. 10 | | DALLAS TX 75247-5126 |
| SYNCHRONY BANK / AMAZON | | | PO BOX 960013 | | ORLANDO FL 32896-0013 |
| SYNCHRONY BANK / CARE CREDIT | | | PO BOX 960061 | | ORLANDO FL 32896-0061 |
| Santander Bank, N.A. | | | 450 Penn Street, Mail Code 10-421-MC3 | | Reading PA 19602-1011 |
| Synchrony Bank | | | c/o PRA Receivables Management, LLC | PO Box 41021 | Norfolk VA 23541-1021 |
| TD Retail Card Services | | | c/o Creditors Bankruptcy Service | P.O. Box 800849 | Dallas TX 75380-0849 |
| UNION HOME MORTGAGE | | | PO BOX 11733 | | NEWARK NJ 07101-4733 |
| UNITED STATES DEPARTMENT OF EDUCATION | | | CLAIMS FILING UNIT | PO BOX 8973 | MADISON WI 53708-8973 |
| US DEPT OF ED / GREAT LAKES | | | 2401 INTERNATIONAL LANE | | MADISON WI 53704-3121 |
| WELLSPAN | | | PO BOX 645734 | | CINCINNATI OH 45264-5734 |
| JACK N ZAHAROPOULOS | | | ATTN CHAPTER 13 TRUSTEE | 8125 ADAMS DRIVE SUITE A | HUMMELSTOWN PA 17036-8625 |
| Jeremy P Wagner | | | 613 S. Blacksmith Ave. | | Windsor PA 17366-8403 |
| Whitney L. Wagner | | | 613 S. Blacksmith Ave. | | Windsor PA 17366-8403 |