IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Jeremy P. Wagner<br>Whitney L. Wagner<br><br>Debtor(s) | CHAPTER: 13<br><br>CASE NO. 1-20-03573 |

### ORDER APPROVING APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CH. 13 ADMINISTRATIVE EXPENSES

AND NOW, TO WIT, upon consideration under 11 USC §§330 and 503(B)(4) of the Application of Austin law Firm LLC, Attorney for Chapter 13 Debtors, for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses, after appropriate notice and hearing, and for good cause shown, it is

ORDERED that the application is APPROVED. Compensation of $2,693.25 and expenses of $175.09 are allowed under 11 USC §§330 and 503(B)(4) as administrative expenses in addition to the amount to be allowed as the presumptively reasonable fee. It is

FURTHER ORDERED, upon agreement of Debtor's counsel, the capped amount on account of the above approved compensation and expenses to be paid through the pending Modified Plan is $1,000.00.

BY THE COURT,