## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 1:20-bk-03573 |
| Jeremy P. Wagner | Chapter 13 |
| Whitney L. Wagner | ECF Dkt Ref No(s). 58 (part) |
| Debtor(s) | |

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 1/26/2022, I did cause a copy of the following document(s), described below:

Notice, ECF Dkt Ref No. 58 (part)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/26/2022

/s/ Sara A. Austin
Sara A. Austin
Bar No. 59052
Austin Law Firm LLC
226 E. Market St.
York PA 17403-0000
717-846-2246
saustin@austinlawllc.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 1:20-bk-03573 |
| Jeremy P. Wagner | Chapter 13 |
| Whitney L. Wagner | ECF Dkt Ref No(s). 58 (part) |
| Debtor(s) | |

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 1/26/2022, I did cause a copy of the following document(s), described below:

Notice, ECF Dkt Ref No. 58 (part)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/26/2022

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

I certify that on 1/26/2022, I caused a copy of the Notice to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

| | | | | |
|---|---|---|---|---|
| Capital One / Walmart | | PO Box 71083 | | Charlotte NC 28272-1083 |
| Chase | | PO Box 1423 | | Charlotte NC 28201-1423 |
| Holiday Inn Club Vacations | | PO Box 79209 | | Baltimore MD 21279-0209 |
| Kohl's | | PO Box 1456 | | Charlotte NC 28201-0000 |
| One Main Financial | | PO Box 740594 | | Cincinnati OH 45274-0594 |
| PSECU | | PO Box 67013 | | Harrisburg PA 17106-7013 |
| Sallie Mae | | PO Box 8459 | | Philadelphia PA 19101-8459 |
| Samsung Financing | | PO Box 100114 | | Columbia SC 29202-3114 |
| Santander Bank | | 1010 W Mockingbird Ln | Ste 10 | Dallas TX 75247-5128 |
| Synchrony Bank / Amazon | | PO Box 960013 | | Orlando FL 32896-0013 |
| Synchrony Bank / Care Credit | | PO Box 960061 | | Orlando FL 32896-0061 |
| Union Home Mortgage | | PO Box 11733 | | Newark NJ 07101-4733 |
| US Dept of Ed / Great Lakes | | 2401 International Ln | | Madison WI 53704-3121 |
| Wellspan | | PO Box 645734 | | Cincinnati OH 45201-0000 |
| Orange Lake/Wilson Resort Fin. | | 8505 W Irlo Bronson Mem Hwy | | Kissimmee FL 34741-0000 |