IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
    JEREMY P. WAGNER, : Chapter 13
    WHITNEY L. WAGNER, :
        Debtors : Case No. 1-20-03573

## HISTORY OF THE CASE (AS RELATES TO FEE APPS AT DOCKET NOS. #49 AND #56 as amended by #59)

1. On 12/31/2021 Debtors' counsel filed an interim and limited fee app requesting approval of compensation of $500.00 and reimbursement of $36.16 expenses, all of which were related to the Debtors' incurring secured debt for a new(er) vehicle and which fees were limited by agreement.

2. Debtors' counsel filed a separate interim fee app on 1/26/2022, requesting approval of compensation of $2,693.25 and reimbursement of $175.09 expenses, with an agreed capped amount of $1,000 to be paid through the pending modified Plan.

3. On 1/28/2022 Debtors' counsel filed a revised fee app requesting the same thing as in the 1/26/2022 fee app but including an additional exhibit.

4. No objections were filed to any of the fee apps.

5. At the hearing held 3/15/2022, the Court asked that entire ledgers be filed for purposes of determining propriety of the fee apps (and continued the hearing to 4/19/2022)..

6. The ledger is already of record, albeit in two (2) places: Exhibit "B" to the 1/26/2022 fee app (Docket #56) and the exhibit to the 1/28/2022 revised fee app (Docket #59). What is redacted on one of those exhibits is what is not redacted on the other.

1

7. Based on the foregoing, counsel believes that nothing further is needed to satisfy the Court's request.

WHEREFORE, Debtors request this Honorable Court enter an Order approving the fee apps at Docket Nos. 49 and 56 (as amended by Docket #59), and for other such relief as is just.

Respectfully submitted,

/s/ *Sara A. Austin*
Sara A. Austin, Esq.
ID # 59052
**Austin Law Firm LLC**
226 East Market St.
York, PA 17403
717.846.2246 p
saustin@austinlawllc.com
Counsel for Debtors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 12, 2022, a true and correct copy of the foregoing document filed in the above-captioned matter was or will be served by ECF on the Chapter 13 Trustee.

>/s/ *Sara A. Austin*
> Sara A. Austin, Esq.