

14912-PAM-DE-037837030

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 9, 2023</u>, at <u>7:26</u> o'clock <u>PM EDT</u>, <u>Jeremy Wagner</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>October 10, 2023</u>          By:     <u>/s/Jai Bhatt</u>

                                        Name:  <u>Jai Bhatt</u>

                                        Title:   <u>Counselor</u>