# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Jeremy P Wagner
     Whitney L Wagner

Case No.: 1-20-03573HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Nationstar |
| Court Claim Number: | 09 |
| Last Four of Loan Number: | 5740 |
| Property Address if applicable: | 613 S Blacksmith Ave |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $3,061.10 |
| b. | Prepetition arrearages paid by the trustee: | $3,061.10 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $1,490.02 |
| f. | Postpetition arrearage paid by the trustee: | $1,490.02 |
| g. | Total b, d, and f: | $4,551.12 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated:  October 25, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re: Jeremy P Wagner
     Whitney L Wagner

Case No.: 1-20-03573HWV

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on October 25, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Sara Austin, Esquire
Austin Law Firm
226 E Market St, Suite 2
York PA 17403

**Served by First Class Mail**
Nationstar Mtg, LLC
PO Box 619096
Dallas TX 75261-9741

Jeremy P Wagner
Whitney L Wagner
613 S Blacksmith Ave
Windsor PA 17366

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 25, 2023
    /s/ Liz Joyce
    Office of the Standing Chapter 13 Trustee
    Jack N. Zaharopoulos
    Suite A, 8125 Adams Dr.
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    email: info@pamd13trustee.com

Case 1:20-bk-03573-HWV    Doc 80    Filed 10/25/23    Entered 10/25/23 08:31:25    Desc
Page 3 of 5

# Disbursements for Claim

**Case:** 20-03573    **JEREMY P. WAGNER**

**NATIONSTAR MORTGAGE**
PO BOX 619094
DALLAS, TX 75261-9741

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** S Blacksmith Ave - POST-ARRI
ARREARS - 613 S BLACKSMITH AVE   AMENDED 1ST AP (#43)

|            |        | Debt:   | $1,490.02 | Interest Paid: | $0.00 |
|------------|--------|---------|-----------|----------------|-------|
| Amt Sched: | $0.00  |         |           | Accrued Int:   | $0.00 |
| Amt Due:   | $0.00  | Paid:   | $1,490.02 | Balance Due:   | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|

### 5210    NATIONSTAR MORTGAGE

| Claim | Name | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|---------|-----------|----------|-------|------------|
| 521-0 | NATIONSTAR MORTGAGE | 02/15/2023 | 2021991 | $39.70 | $0.00 | $39.70 | 02/24/2023 |
| 521-0 | NATIONSTAR MORTGAGE | 01/18/2023 | 2020991 | $50.86 | $0.00 | $50.86 | 02/09/2023 |
| 521-0 | NATIONSTAR MORTGAGE | 12/13/2022 | 2019990 | $50.86 | $0.00 | $50.86 | 12/22/2022 |
| 521-0 | NATIONSTAR MORTGAGE | 11/16/2022 | 2019040 | $50.86 | $0.00 | $50.86 | 12/14/2022 |
| 521-0 | NATIONSTAR MORTGAGE | 10/18/2022 | 2017996 | $53.66 | $0.00 | $53.66 | 10/27/2022 |
| 521-0 | NATIONSTAR MORTGAGE | 08/17/2022 | 2015917 | $160.94 | $0.00 | $160.94 | 08/25/2022 |
| 521-0 | CENLAR FSB | 07/13/2022 | 2014480 | $49.94 | $0.00 | $49.94 | 07/21/2022 |
| 521-0 | CENLAR FSB | 05/17/2022 | 2012446 | $77.53 | $0.00 | $77.53 | 05/25/2022 |
| 521-0 | CENLAR FSB | 10/14/2021 | 2005307 | $194.24 | $0.00 | $194.24 | 10/26/2021 |
| 521-0 | CENLAR FSB | 09/14/2021 | 2004313 | $199.99 | $0.00 | $199.99 | 09/22/2021 |
| 521-0 | CENLAR FSB | 08/18/2021 | 2003254 | $360.13 | $0.00 | $360.13 | 08/30/2021 |
| 521-0 | CENLAR FSB | 07/14/2021 | 2002226 | $201.31 | $0.00 | $201.31 | 07/26/2021 |

                                                            **Sub-totals:** $1,490.02    $0.00    $1,490.02

                                                            **Grand Total:** $1,490.02    $0.00

# Disbursements for Claim

**Case:** 20-03573  **JEREMY P. WAGNER**

**NATIONSTAR MORTGAGE**
PO BOX 619094

DALLAS, TX  75261-9741

**Acct No:** S Blacksmith Ave - PRE-ARRE

ARREARS - 613 S BLACKSMITH AVE

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

|  |  |
|---|---|
| Amt Sched: | $230,516.18 |
| Amt Due: | $0.00 |
| Debt: | $3,061.10 |
| Paid: | $3,061.10 |
| Interest Paid: | $0.00 |
| Accrued Int: | $0.00 |
| Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE | | 02/15/2023 | 2021991 | $81.55 | $0.00 | $81.55 | 02/24/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 01/18/2023 | 2020991 | $104.49 | $0.00 | $104.49 | 02/09/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 12/13/2022 | 2019990 | $104.49 | $0.00 | $104.49 | 12/22/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 11/16/2022 | 2019040 | $104.49 | $0.00 | $104.49 | 12/14/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/18/2022 | 2017996 | $110.22 | $0.00 | $110.22 | 10/27/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 08/17/2022 | 2015917 | $330.66 | $0.00 | $330.66 | 08/25/2022 |
| 520-0 | CENLAR FSB | | 07/13/2022 | 2014480 | $102.58 | $0.00 | $102.58 | 07/21/2022 |
| 520-0 | CENLAR FSB | | 05/17/2022 | 2012446 | $159.26 | $0.00 | $159.26 | 05/25/2022 |
| 520-0 | CENLAR FSB | | 10/14/2021 | 2005307 | $399.05 | $0.00 | $399.05 | 10/26/2021 |
| 520-0 | CENLAR FSB | | 09/14/2021 | 2004313 | $410.86 | $0.00 | $410.86 | 09/22/2021 |
| 520-0 | CENLAR FSB | | 08/18/2021 | 2003254 | $739.87 | $0.00 | $739.87 | 08/30/2021 |
| 520-0 | CENLAR FSB | | 07/14/2021 | 2002226 | $413.58 | $0.00 | $413.58 | 07/26/2021 |
|  |  |  |  | **Sub-totals:** | $3,061.10 | $0.00 | $3,061.10 |  |
|  |  |  |  | **Grand Total:** | $3,061.10 | $0.00 |  |  |