**Fill in this information to identify the case:**

Debtor 1  Jeremy P. Wagner

Debtor 2  Whitney L. Wagner
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number  20-03573 HWV

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Nationstar Mortgage LLC

**Court claim no. (if known):** 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 5740

**Property address:**
613 South Blacksmith Avenue
Windsor, PA 17366

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11 / 01 / 2023

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:  (a)  $ _____
b.  Total fees, charges, expenses, escrow, and costs outstanding:  + (b)  $ _____
c.  **Total.** Add lines a and b.  (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Form 4100R                Response to Notice of Final Cure Payment                page 1

Case 1:20-bk-03573-HWV    Doc 86    Filed 11/14/23    Entered 11/14/23 13:57:18    Desc
Document ID: 1b88bd9e1e7d09976c3c73360aedf74dd2f9293affe938d56267248ef735ada5
Main Document    Page 1 of 3

| Debtor(s) | Jeremy P. Wagner and Whitney L. Wagner | Case Number (if known): 20-03573 HWV |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*
Michael Farrington
13 Nov 2023, 15:26:21, EST

Date   11/13/2023

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Whitney L. Wagner pdba Pink Ink Creative Marketing<br>Jeremy P. Wagner pdba 29.11 Computers & Networking<br>　　　　　　　　　Debtor(s) | BK NO. 20-03573 HWV<br><br>Chapter 13<br><br>Related to Claim No. 9-1 |
| Nationstar Mortgage LLC<br>　　　　　　　　　Movant<br>vs.<br><br>Whitney L. Wagner pdba Pink Ink Creative Marketing<br>Jeremy P. Wagner pdba 29.11 Computers & Networking<br>　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　Trustee | |

## CERTIFICATE OF SERVICE
## RESPOSNE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 14, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Whitney L. Wagner pdba Pink Ink Creative Marketing
613 South Blacksmith Avenue
Windsor, PA 17366

Jeremy P. Wagner pdba 29.11 Computers & Networking
613 South Blacksmith Avenue
Windsor, PA 17366

Attorney for Debtor(s)
Sara A. Austin, Esq.
226 East Market Street
York, PA 17403

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: November 14, 2023

　　　　　　　　　　　　　　　　　　　/s/ Michael P. Farrington
　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esquire
　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com