United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-03573-HWV |
| Jeremy P Wagner | Chapter 13 |
| Whitney L. Wagner | |
| Debtors | |

## CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Dec 13, 2023  Form ID: fnldec  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

**Recip ID    Recipient Name and Address**
db/jdb    + Jeremy P Wagner, Whitney L. Wagner, 613 S. Blacksmith Ave., Windsor, PA 17366-8403

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:

**Name    Email Address**

Alyk L Oflazian
   on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

Alyk L Oflazian
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

Andrew L Spivack
   on behalf of Creditor NATIONSTAR MORTGAGE LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com

Brian C Nicholas
   on behalf of Creditor Union Home Mortgage Corp. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos
   TWecf@pamd13trustee.com

Michael Patrick Farrington

    on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com

Sara A. Austin
    on behalf of Debtor 1 Jeremy P Wagner saa2@austinlawllc.com

Sara A. Austin
    on behalf of Debtor 2 Whitney L. Wagner saa2@austinlawllc.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Jeremy P Wagner, pdba 29.11 Computers & Networking, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20−bk−03573−HWV |
| Whitney L. Wagner, pdba Pink Ink Creative Marketing, | | |
| **Debtor 2** | | |

Social Security No.:
    xxx−xx−8334    xxx−xx−1176

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: December 13, 2023

**fnldec** (01/22)